# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

MICHAEL A. ELLIOTT and
LAZETTA N. ELLIOTT, On Behalf of
Themselves and All Others Similarly Situated,

    Plaintiffs,

v.

TILCHIN & HALL, P.C.,

    Defendant.

Case No. 2:17-cv-11086
Hon. Sean F. Cox
Mag, Judge Mona K. Mazoub

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

This cause coming to be heard on the stipulation of Plaintiffs and Defendant Tilchin & Hall, P.C. to the dismissal of this case with prejudice and without fees or costs to any party.

IT IS HEREBY ORDERED:

The claims against Tilchin & Hall, P.C. are dismissed, with prejudice and without fees or costs to any party.

Dated: July 10, 2017

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

**So stipulated:**

| | |
|---|---|
| */s/ Brian P. Parker (P48617)* | */s/ Kathleen H. Klaus* |
| Brian P. Parker (P48617) | Kathleen H. Klaus (P67207) |
| Brian Parker, P.C. | MADDIN HAUSER |
| 4301 Orchard Lake Rd. | ROTH & HELLER, PC |
| Suite 180-208 | 28400 Northwestern Highway, 2nd Floor |
| West Bloomfield, MI 48323 | Southfield, Michigan 48034 |
| (248) 342-9583 | (248) 359-7520 |
| brianparker@collectionstopper.com | kklaus@maddinhauser.com |
| *Attorney for Plaintiffs* | *Attorneys for Defendant* |